IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                    ORDER

         Plaintiff,

                    09-cr-57-bbc

     v.

JERMAINE GRANT,

         Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

A status hearing on defendant Jermaine Grant's medical condition was held by telephone on February 9, 2010. Assistant United States Attorney Tim O'Shea participated on behalf of the government; defendant was represented by Mark Maciolek.

Mr. Maciolek reported that he had been unable to talk with defendant's surgeon, so he does not know when surgery can be performed on defendant for his gall stones. In view of this uncertainty, I ordered the sentencing set for 1:00 pm on March 16, 2010. If the surgery can be performed in time for defendant to be ready for sentencing by then, it may go forward. If that is not possible, the sentencing will still go forward and defendant will

1

have to wait to have the surgery  at a federal facility.

Entered this 9th day of February, 2010.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge